**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL ACTION** |
| **V.** | **:** | **NO. 26-440-ALL** |
| **GREGORY JONES, et al.** | **:** | |

## ORDER

**AND NOW**, this 20th day of October 2026, upon consideration of Defendants Unopposed Motions for Extension of Time to File Pretrial Motions (Dkt. Nos. 91, 128 and 130), it is **ORDERED** that the motions are **GRANTED**. Defendants shall file pretrial motions on or before **December 14, 2026.**

BY THE COURT:

***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.